STATE v. CATOE

No. 766P85.

Case below: 78 N.C. App. 167.

Petition by defendant for writ of supersedeas and temporary stay allowed 20 December 1985.

STATE v. CORLEY

No. 363A85.

Case below: 75 N.C. App. 245.

Motion by defendant to dismiss Attorney General's appeal and to dissolve writ of supersedeas entered on 3 July 1985 allowed 5 November 1985.

STATE v. COUCH

No. 618P85.

Case below: 76 N.C. App. 543.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 10 December 1985.

STATE v. GAULDIN

No. 744P85.

Case below: 77 N.C. App. 845.

Petition by defendant for writ of supersedeas and temporary stay allowed 13 December 1985.

STATE v. GRAINGER

No. 765P85.

Case below: 78 N.C. App. 123.

Petition by defendant for writ of supersedeas and temporary stay allowed pending receipt and consideration of defendants' petition for discretionary review 20 December 1985.